# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-0197-CV-W-GAF ) |
| EZEKIAL W. SAYRE, | ) ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

The United States of America has moved, pursuant to Rules 55(a) and (b)(1), Federal Rules of Civil Procedure, for entry of a default and default judgment against Ezekial W. Sayre. It appears by competent proof that entry of default and default judgment is proper.

ORDERED, ADJUDGED and DECREED that default judgment is hereby entered against defendant and in favor of plaintiff in the principal sum of $5,000.00, plus accrued interest of $995.03 to May 4, 2010, with interest at the rate of 4.875% per annum or $0.67 per day on the principal sum after May 4, 2010, to the date of judgment; with interest accruing on the total amount at the statutory rate, as provided by 28 U.S.C. § 1961(b) from the date of this judgment, together with plaintiff's costs in the amount of $350.00, as allowed pursuant to 28 U.S.C. §§ 1914(a) and 2412(a)(2).

SIGNED and ENTERED this 23rd day of June, 2010.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT
